IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD L. TODD and JOY L.
TODD,

      Petitioners,

v.

PATRICK M. DINEEN and TONI
W. DINEEN,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3140

Opinion filed August 12, 2016.

Petition for Writ of Prohibition -- Original Jurisdiction.

Michael H. Crew of Crew & Crew, P.A., Ft. Walton Beach, for Petitioners.

No appearance for Respondents.

PER CURIAM.

     The petition for writ of prohibition is denied on the merits.

B.L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.